# Court of Appeals
# of the State of Georgia

ATLANTA,  April 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0087.  JOHN GORDON MUSE v. JENNIFER BROWN.**

Upon consideration of John Gordon Muse's motion for extension of time to file application for discretionary review, it is ordered that an extension be granted in the above-referenced case through and including May 4, 2025.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/02/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*